## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOEL ALLEN BLEVINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-1040-D |
| | ) | |
| FNU LNU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff, appearing *pro se* and *in forma pauperis*, initiated this civil rights action under 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings.

On June 16, 2020, Judge Purcell filed a Report and Recommendation [Doc. No. 25], in which he recommended that the Court dismiss without prejudice to refiling Plaintiff's Complaint for failure to effect service of process, and for Plaintiff's failure to comply with the Court's previous Orders.

Judge Purcell advised Plaintiff of his right to object and directed that any objection be filed on or before July 6, 2020.  Judge Purcell further advised Plaintiff that any failure to object would result in a waiver of the right to appellate review.  The deadline for filing objections has passed.  To date, Plaintiff has not filed objections and has not sought an extension of time in which to do so.

Accordingly, Judge Purcell's Report and Recommendation [Doc. No. 25] is ADOPTED as though fully set forth herein.  This action is **DISMISSED** without prejudice to refiling for failure to effect service of process, pursuant to FED. R. CIV. P. 4.

**IT IS SO ORDERED** this 29th day of July 2020.

_____

TIMOTHY D. DeGIUSTI
Chief United States District Judge